[This decision has been published in *Ohio Official Reports* at 90 Ohio St.3d 569.]

THE STATE EX REL. MARSTON, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLANT.

[Cite as *State ex rel. Marston v. Indus. Comm.*, 2001-Ohio-225.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 00-749—Submitted November 14, 2000—Decided January 17, 2001.)

APPEAL from the Court of Appeals for Franklin County, No. 99AP-554.

————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., dissents.

————————

**COOK, J., dissenting.**

{¶ 2} I agree with the rationale set forth in the dissenting opinion of Judge Deshler; therefore, I am unable to join the majority in affirming the judgment of the court of appeals.

————————

*Becker, Reed & Tilton* and *Dennis A. Becker*, for appellee.

*Betty D. Montgomery*, Attorney General, and *Thomas L. Reitz*, Assistant Attorney General, for appellant.

————————